**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CODY LAIDLAW,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SUPERNUS PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendant. | Case No.: 1:20-cv-03353-PGG |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby, given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Plaintiff Cody Laidlaw voluntarily dismisses the above-captioned action against Defendant. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 15, 2020

Respectfully submitted,

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

By:　*/s/ Michael J. Klein*
　　　Michael J. Klein
　　　One Penn Plaza, Suite 2805
　　　New York, NY 10119
　　　Telephone: (212) 279-5050
　　　Facsimile: (212) 279-3655
　　　Email: mklein@aflaw.com

*Attorneys for Plaintiff*